[Crim. No. 301.    Third Appellate District.—February 23, 1915.]

## In the Matter of the Application of OSCAR E. MEADS for Writ of Habeas Corpus.

CRIMINAL LAW—FAILURE TO PROVIDE FOR MINOR CHILD—RIGHT OF APPEAL—HABEAS CORPUS.—In a prosecution for the offense of failing to provide for a minor child the common necessaries of life the superior court has jurisdiction of the offense and by service on the defendant has jurisdiction of his person, and where defendant appeared, he had an opportunity to present his objections, and his remedy against the judgment of conviction is by appeal and not by *habeas corpus*.

APPLICATION for a Writ of Habeas Corpus originally made to the District Court of Appeal for the Third Appellate District.

The facts are stated in the opinion of the court.

A. H. Carpenter, for Petitioner.

THE COURT.—It appears from the petition that petitioner was convicted, in the superior court of Sacramento County, of the offense of failing to provide for his minor child the common necessaries of life. The court had jurisdiction of the offense; Penal Code, section 270; and by service on petitioner it had jurisdiction of his person. Having appeared, opportunity was given him to present the objections he now makes to the judgment of conviction, and if overruled he had his remedy by appeal to this court.

The writ is denied.